| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
**ENTERED**
December 12, 2018
David J. Bradley, Clerk

Burhan Alam, §
§
    Plaintiff, §
§
versus §    Civil Action H-18-3350
§
Kashif Abdul Kabani, §
§
    Defendant. §

# Default Judgment

Because Kashif Abdul Kabani has failed to answer, Burhan Alam recovers:

A.    $8,840.00 in damages;

B.    $25,000.00 in attorney's fees;

C.    $525.00 for court costs; and

D.    2.70% per annum in post-judgment interest. (9)

Signed on December 12, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge