UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**

February 28, 2019

David J. Bradley, Clerk

| | | |
|---|---|---|
| Burhan Alam, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | Civil Action H-18-3350 |
| | § | |
| Kashif Kabani, | § | |
| | § | |
| Defendant. | § | |

## Final Agreed Judgment

1.      Kashif Kabani must pay Burhan Alam $2,000 for damages.

2.      Kabani must pay $1,200 for Alam's attorney's fees.

Signed on February 28 , 2019, at Houston, Texas.

Lynn N. Hughes
United States District Judge